**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

STEPHEN M. RUFF, RAM REDDY, and
MADHUBALA REDDY,

                 Plaintiffs,

v.                                     Case No: 6:19-cv-1709-Orl-78DCI

ALLIANZ LIFE INSURANCE COMPANY
OF NORTH AMERICA, ALLIANZ LIFE
INSURANCE COMPANY OF NEW
YORK, and WINTRUST LIFE FINANCE,

                 Defendants.
_____/

## <u>ORDER</u>

THIS CAUSE is before the Court upon sua sponte review of the record. Plaintiffs filed the Amended Complaint (Doc. 36) alleging breach of contract, promissory estoppel, unjust enrichment, fraud in the inducement, breach of fiduciary duty, and accounting against Defendants.

Federal Rule of Civil Procedure 5.2(a) requires that "in an electronic or paper filing with the court that contains an individual's social-security number, . . . birth date, . . . or a financial-account number, a party . . . making the filing may include only . . . the last four digits of the social-security number[;] . . . the year of the individual's birth; . . . and the last four digits of the financial account number." The Exhibits attached to the Amended Complaint state, in full, Plaintiff Stephen M. Ruff's social-security number, birth date, and financial-account number (*See, e.g.*, Doc. 36-1 at 2–4, 11, 13–14, 17–18, 21). Plaintiffs' Ram Reddy and Madhubala Reddy birth dates also appear in the Exhibits to the Amended

Complaint. (*See, e.g.*, Doc. 36-2 at 2–3). Thus, this Court strikes the Amended Complaint and its attachments.

The citations and references provided in this Order are by no means exhaustive; there may be other instances of improper content in the filings. Plaintiffs must comply with Rule 5.2(a). Therefore, as elaborated below, Plaintiffs must review their filings to ensure compliance.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1.    Plaintiffs' Amended Complaint (Doc. 36) and all its attachments are **STRICKEN** from the record. The Clerk is directed to strike and delete these documents from the docket.

2.    **On or before November 4, 2019**, Plaintiffs may refile the Amended Complaint. To the extent Plaintiffs elect to refile, they must:

   a.    redact all social-security numbers;

   b.    redact all birth dates; and

   c.    redact all financial-account numbers.

Failure to timely file an amended pleading and motions according to this Order may cause this Court to dismiss the case without further notice.

**DONE AND ORDERED** in Orlando, Florida on October 21, 2019.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record